AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| The Ocean Conservancy; Turtle Island Restoration Network; and Center for Biological Diversity<br><br>    Plaintiff(s),<br><br>V.<br><br>National Marine Fisheries Service; United States Department of Commerce and Carlos M. Gutierrez, Secretary of the Department of Commerce<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 02-00393ACK-LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 22, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court GRANTS Plaintiffs' Motion to Vacate Order Denying Plaintiff's Motion for Preliminary Injunction pursuant to the "Order Granting Plaintiffs' Motion to Vacate Order Denying Plaintiffs' Motion for Preliminary Injunction" issued by Judge Alan C. Kay on February 21, 2006.

|  |  |
|---|---|
| February 22, 2006 | SUE BEITIA |
| Date | Clerk |
|  | */s/ Bernadette Aurio* |
|  | (By) Deputy Clerk |