# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 22, 2006

TO ALL COUNSEL

Re:   CV 02-00393ACK-LEK
      The Ocean Conservancy; Turtle Island Restoration Network; and Center for Biological Diversity vs. National Marine Fisheries Service; United States Department of Commerce and Carlos M. Gutierrez, Secretary of the Department of Commerce

Dear Sir,

   Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 22, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: */s/ Bernadette Aurio*
    Deputy Clerk

cc: all counsel